UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   2:25-cv-11551-MEMF-DMK                     Date:   June 16, 2026

Title:      Brigido Ibarra-Magallanes v. Acting Warden MDC-Los Angeles

Present:        The Honorable   **DIANA M. KWOK, U.S. MAGISTRATE JUDGE**

|  K. Lozada  |  N/A  |
|---|---|
| Deputy Clerk | Court Recorder: N/A |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

N/A                                          N/A

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE**


On February 19, 2026, Respondent filed a motion to dismiss the Petition in this matter. ECF 6.  Petitioner's opposition to Respondent's motion to dismiss was due on March 23, 2026. To date, no opposition has been filed.  Under Local Rule 7-12, Petitioner's failure to timely file an opposition may be deemed consent to the granting of the motion.  Petitioner is thus ordered to show cause in writing by no later than July 1, 2026, why the petition should not be dismissed for failure to oppose Respondent's motion to dismiss.  Petitioner may discharge this order by either voluntarily dismissing his petition (using the attached form CV-09) or by filing an opposition to the motion to dismiss by July 1, 2026.  Failure to respond to this order may lead to involuntary dismissal of the entire action for lack of prosecution.  *See* L.R. 41-1; Fed. R. Civ. P. 41(b).

        **IT IS SO ORDERED.**

Initials of Preparer            kl