**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brigido Ibarra-Magallanes, Petitioner, v. J. Engleman, Warden, Respondent. | Case No. 2:25-cv-11551-MEMF-DMK **JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: September 30, 2026

HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE